# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 12-2761

In re: Uponor, Inc., F1807 Plumbing Fittings Products Liability Litigation

------------------------------

Oscar Ortega, et al.

Appellants

John McGregor, et al.

Appellees

v.

Uponor, Inc. and Radiant Technology, Inc.

Appellees

No: 12-3179

In re: Uponor, Inc., F1807 Plumbing Fittings Products Liability Litigation

------------------------------

Oscar Ortega, et al.

Appellants

John McGregor, et al.

Appellees

v.

Uponor, Inc. and Radiant Technology, Inc.

Appellees

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:11-md-02247-ADM)
_____

**ORDER**

Upon consideration of Appellants' motion for stay of the bond order, Appellees' Opposition, and Appellants' Reply, the motion for immediate stay of the district court's bond order is granted in part: the requirement that Appellants post an appeal bond in excess of $25,000 is stayed pending appeal; in all other respects, the motion for immediate relief is denied.

September 28, 2012

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans